

NUMBERS 13-08-00704-CR & 13-08-00705-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE: ISMAEL HERNANDEZ

## On Petition for Writ of Mandamus

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Benavides
Per Curiam Memorandum Opinion[1]**

Relator, Ismael Hernandez, pro se, filed petitions for writ of mandamus in the above causes on December 11, 2008. The Court requested and received a response filed by the real party in interest, the State of Texas, acting by and through the District Attorney for Nueces County, Texas.

The Court, having examined and fully considered the petitions for writ of mandamus and the response thereto, is of the opinion that relator has not shown himself entitled to

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

the relief sought.  Accordingly, the petitions for writ of mandamus are DENIED.  *See* TEX.

R. APP. P. 52.8(a).

PER CURIAM

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and filed
this the 28th day of January, 2009.